UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, | No. 2:17-cv-02587-GGH |
| Petitioner, | |
| v. | ORDER |
| KELLY SANTORO, | |
| Defendant. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, and an application to proceed in forma pauperis. EC No. 2. Moreover, the court is in receipt of the prisoner trust fund account statement. ECF No. 5.

Petitioner's conviction emanated from a judgment entered in the Superior Court for San Diego County and his appeal was before the Fifth Circuit Court of Appeal which makes the Southern District of California the proper venue for his petition where the information related to his appeal to the Fifth District Court of Appeal are readily available.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall transfer this case to the Southern District of California;

////

2. The court is in receipt of the certified prisoner trust account statement for petitioner, see ECF No. 5, the Clerk of this court is directed to forward it to the Clerk of the Southern District of California forthwith.

Dated: December 18, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

2